UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KEITH A. HOLMES,                                                 :
                     Plaintiff,                                :

v.                                                               :

                                                                 :

THE BANK OF NEW YORK MELLON,                                     :
As successor in interest to JP Morgan Chase                      :
Bank, National Association, as Trustee to C-Bass                 :
Certificates, Series 2004-CB5 formerly known as                 :
The Bank of New York; OCWEN FINANCIAL                            :
CORPORATION; PHH MORTGAGE                                        :
CORPORATION; NEWREZ, LLC; MCCABE,                                :
WEISBERG & CONWAY, LLC; and                                      :
JOHN/JANE DOES 1–10, being fictitious and                        :
unknown to plaintiff, the persons or parties                     :
intended being the person or parties, if any,                    :
named in the complaint,                                          :
                     Defendants.                              :
-----------------------------------------------------------------x

**ORDER**

23 CV 4948 (VB)

On August 1, 2023, all defendants moved to dismiss the complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  (Docs. ##23, 30, 32).

Accordingly, it is hereby ORDERED that:

1.     Plaintiff's opposition to defendants' motions to dismiss is due **September 1, 2023**. Plaintiff shall file **one** opposition, not to exceed twenty-five pages, that addresses all three motions.

2.     Defendants' replies, if any, are due **September 15, 2023**.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: August 2, 2023
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge

Copies Mailed/Faxed 8/2/23
Chambers of Vincent L. Briccetti